In the Matter of TITLE GUARANTEE AND TRUST COM-
PANY, Appellant; ROBERT S. BOGGIANO, an Infant, by
MARIA BOGGIANO, His General Guardian, Respondent.

(Argued April 13, 1936; decided April 28, 1936.)

*Edward J. Pigott* and *H. Lincoln Miller* for appellant.
*Benjamin S. Thaw* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.